Argued May 15, affirmed July 5, 1978

MICHAEL A. NIMS, *Petitioner,*

*v.*

OREGON STATE CORRECTIONAL INSTITUTION, *Respondent.*

(No. 1678, CA 9549)

580 P2d 220

Gary L. Hooper, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Mason v. OSCI,* 34 Or App 329, 332, 578 P2d 808 (1978).